IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON SANTELLAN,

       Plaintiff,                    21cv1151
                                      ELECTRONICALLY FILED

       v.

BILL SHOUPPE, Warden, and
ETHEL WHITE, Deputy Warden,

       Defendants.

## ORDER

AND NOW, this 4th day of January, 2022, after Plaintiff Jason Santellan's Motion for Leave to Proceed *in forma pauperis* was granted, and his Complaint was filed in the above-captioned case, and after a Report and Recommendation (Doc. 13) was filed on December 9, 2021, by United States Magistrate Judge Lisa Pupo Lenihan, recommending that Plaintiff's action "be dismissed with prejudice for Plaintiff's failure to prosecute insofar as Plaintiff has failed to comply with this Court's orders to file an Amended Complaint," and after permitting Plaintiff until December 27, 2021 to file written objections and responses to the Report and Recommendation, and after no written objections or responses were filed by Plaintiff, upon independent review of the Record, and upon consideration of Magistrate Judge Lenihan's thorough December 9, 2021 Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's December 9, 2021 Report and Recommendation (Doc. 13) is adopted as the Opinion of this Court.

2

IT IS FURTHER HEREBY ORDERED that, for the reasons set forth in the December 9, 2021 Report and Recommendation (Doc. 13), this action shall be DISMISSED WITH PREJUDICE due to Plaintiff Jason Santellan's failure to prosecute.

IT IS FURTHER HEREBY ORDERED that the Clerk of Court shall mark this case CLOSED.

      s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Parties

Jason Santellan
21-00753
Beaver County Jail
6000 Woodlawn Road
Aliquippa, PA 15001